UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-MJ-04010-LETT

UNITED STATES OF AMERICA

v.

EARL GELENBRECHT,
Defendant.
______________________________/

FILED BY MHU D.C.
Nov 4, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

3. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 3, 2026? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 31, 2026? No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *s/Daniel J. Olinghouse*
Assistant United States Attorney
U.S.D.C. No. A5503500
99 NE 4th Street, Miami, Florida 33132
Tel: 305-961-9168
Daniel.Olinghouse2@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
Earl Gelenbrecht

*Defendant(s)*

Case No. 1:26-MJ-04010-LETT

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 3, 2026 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2252(a)(4)(B) | Possession of Visual Depictions Involving the Sexual Exploitation of Minors |
| 18 U.S.C. 2252(a)(1) | Transportation of Visual Depictions Involving the Sexual Exploitation of Minors |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Credential #10382

SA Isaiah Pennyfeather, HSI

*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by

Date: November 4, 2026

*Judge's signature*

City and state: Miami, Florida

Honorable Enjoliqué A. Lett, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Isaiah Pennyfeather, having been first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since January 2023. Thus, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Titles 8, 18, 19 and 21 of the United States Code.

2. I am currently assigned to the HSI Special Victims Group and the South Florida Human Trafficking Task Force in the HSI Miami Office. My duties include the investigation of crimes involving sex trafficking, labor trafficking, child exploitation, child sexual abuse material ("CSAM") distribution, and CSAM production. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in human trafficking and child exploitation investigations and have executed search warrants that have led to the recovery and identification of victims.

3. I submit this affidavit for the limited purpose of establishing probable cause that on or about November 3, 2026, Earl Gelenbrecht ("GELENBRECHT") violated Title 18, United States Code, Section 2252(a)(4)(B) (Possession of Visual Depictions Involving the Sexual Exploitation of Minors), and Title 18, United States Code, Section 2252(a)(1) (Transportation of Visual Depictions Involving the Sexual Exploitation of Minors). The statements contained in this affidavit are based upon my personal knowledge, as well as on information provided to me by

other law enforcement officers. This affidavit does not include every fact and circumstance known to me, but only facts and circumstances that I believe are sufficient to establish probable cause.

## PROBABLE CAUSE

4. On or about November 3, 2026, GELENBRECHT entered the United States at Miami International Airport, via Latam Flight Number LA1452, from Quito, Ecuador. GELENBRECHT was selected for secondary inspection by U.S. Customs and Border Protection ("CBP") officers.

5. GELENBRECHT had in his possession three electronic devices, including a Samsung Galaxy Note 10 and an iPhone 15 (the "Devices"). GELENBRECHT provided CBP with the passcodes for the Devices.

6. CBP subsequently conducted a manual inspection of the Devices pursuant to border search authority and discovered numerous visual depictions involving the sexual exploitation of minors, including images and videos. The images and videos were discovered in social media application Telegram on the Samsung Note 10. Images and videos were also discovered in the hidden section of the photo gallery on the iPhone 15.

7. On the same date, November 3, 2026, HSI Special Agents responded to the Miami International Airport and conducted a manual review of the Devices, pursuant to HSI's border search authority. The review, which included communications found in the Telegram application of the Samsung Note 10 and the hidden section of the iPhone 15's photo gallery, revealed multiple files of suspected CSAM, including the following:

- A thirteen-minute, fourteen second video file of two prepubescent minor males masturbating on a bed ("Video 1").
- A four-minute, twenty-seven second video file depicting an adult male penetrating a prepubescent minor male's anus with his penis ("Video 2").

- A one-minute, twenty-five second video file depicting two prepubescent minor males massaging and performing oral sex on each other's penises ("Video 3").
- A three-minute, eleven second video file dated September 21, 2025, depicting an adult male with penis exposed pull down the pants of a prepubescent minor male to expose the minor's genitalia ("Video 4").

## CONCLUSION

8. Based on my training and experience, as further supported by the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that on or about November 3, 2026, in the Southern District of Florida, GELENBRECHT did knowingly violate Title 18, United States Code, Section 2252(a)(4)(B) (Possession of Visual Depictions Involving the Sexual Exploitation of Minors) and Title 18, United States Code, Section 2252(a)(1) (Transportation of Visual Depictions Involving the Sexual Exploitation of Minors).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Isaiah Pennyfeather
SPECIAL AGENT Credential #10382
HOMELAND SECURITY INVESTIGATIONS

Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ~~FaceTime~~ Telephone this 4th day of November 2026.

HONORABLE ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER:** 1:26-MJ-04010-LETT

**BOND RECOMMENDATION**

DEFENDANT: Earl Gelenbrecht

PTD
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: ____________________
AUSA: Daniel J. Olinghouse

Last Known Address: ____________________

What Facility: ____________________

Agent(s): S/A Isaiah Pennyfeather
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
HSI